**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Donica Kinslow and Damian Braxton, Defendants,

Of whom Donica Kinslow is the Appellant,

In the interest of a minor child under the age of eighteen.

Appellate Case No. 2013-002546

———————————

Appeal From Horry County
Georgia V. Anderson, Family Court Judge

———————————

Unpublished Opinion No. 2014-UP-302
Submitted July 10, 2014 – Filed July 25, 2014

———————————

**AFFIRMED**

———————————

Heather Michelle Cannon, of Heather M. Cannon, LLC, of Conway, for Appellant.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan, PA, of Kingstree, for Respondent.

Ian Andrew Taylor, of Taylor Law Office, of Pawleys Island, for Guardian ad Litem.

————————

**PER CURIAM:** Donica Kinslow appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2013). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**HUFF, THOMAS, and MCDONALD, JJ., concur.**

————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.